PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Fuquan Hagler      Cr.: 21-00464
PACTS #: 5445993

Name of Sentencing Judicial Officer:   THE HONORABLE JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE (SD/WV)

Name of Assigned Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/7/2019

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Oxycodone, a Schedule II Controlled Substance, 21 U.S.C. §846, a Class C Felony

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Participate in a program of testing, counseling and treatment for drug and alcohol abuse as directed by the probation officer, the Defendant is not a legal resident of the Southern District of West Virginia, therefore, the period of supervised release is to be administered by the District of New Jersey where the defendant is a legal resident and/or the district where a suitable release plan has been developed

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/14/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mr. Hagler violated the following mandatory condition of probation: |

> **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

U.S. Probation Officer Action:
On October 19th, 2021 during telephone contact with supervising officer, Mr. Hagler stated he has been using marijuana and would fail a drug test. Later that day the supervising officer met Mr. Hagler in the community at his job where he signed an admission of drug use form although no urinalysis was collected. Supervising officer reprimanded Mr. Hagler for his illegal drug use and discussed consequences for continued illegal drug use and pro-social alternatives.

On December 1st, 2021 during an office visit, Mr. Hagler submitted a urinalysis that yielded presumptive positive results for cocaine and marijuana. Mr. Hagler denied the use any illegal

Prob 12A – page 2
Fuquan Hagler

drugs and insisted the last time he used marijuana is when he informed the supervising officer in October. The urinalysis was sent to the national lab for confirmation, and on December 5th, 2021 results came back as insufficient. It was determined there was not enough volume due to possible leakage during transportation for a confirmation test to be conducted.

On December 14th, 2021 Mr. Hagler reported to the office and submitted a urinalysis that yielded negative results for all substances. The U.S. Probation Office will continue to monitor Mr. Hagler with drug testing and will notify the Court of any additional non-compliance. We are respectfully requesting no Court action be taken against Mr. Hagler and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*                    12/27/2021

ELISA MARTINEZ                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

12/27/21
_____
Date